UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| ASHER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 6:13-cv-00226-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| SEQUOIA ENERGY, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The Court has received the parties' Agreed Order of Dismissal. [R. 64.] Therefore, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. Each party shall bear his, her, or its own costs and fees, except as otherwise agreed to by the parties.

2. Any pending motions [R. 45] are **DENIED**, as moot; and

3. This matter is **STRICKEN** from the active docket.

This the 9th day of December, 2015.

Gregory F. Van Tatenhove
United States District Judge